**Opinion issued July 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00706-CV

_____

## IN RE YUCOB RYLANDER, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Yucob Rylander, a vexatious litigant subject to a prefiling order issued by the 23rd Judicial District Court of Wharton County on September 23, 2025, filed a pro se petition for writ of mandamus challenging a June 30, 2026 order issued by the Local Administrative District Judge of Harris County denying Rylander's "Application for Permission to File and For Declaratory Judgment that Wharton

County Order is Void Ab Initio."[1] In his mandamus petition, Rylander requests that our Court direct the Local Administrative District Judge of Harris County to (1) "vacate the June 30, 2026 Order denying Relator's Application for Permission to File;" (2) "perform the mandatory statutory duties imposed by Texas Civil Practice and Remedies Code § 11.102(d);" and (3) "determine whether Relator's proposed litigation appears to have merit and whether it has been filed for purposes of harassment or delay." Rylander alternatively requests that our Court "declare the September 23, 2025 Wharton County order void ab initio as a matter of law." We deny the petition and all requests for relief included therein.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

---

[1] The respondent is the Honorable Gloria E. López in her capacity as the Local Administrative District Judge of Harris County, Texas.

The vexatious litigant order was issued in *Yucob Rylander v. Archer Systems, LLC*, Cause No. CV55773 (23rd Dist. Ct., Wharton County, Tex., Sep. 26, 2025). *See* Office of Court Administration, List of Vexatious Litigants Subject to a Prefiling Order, https://www.txcourts.gov/judicial-data/vexatious-litgants/ (last visited July 20, 2026).